UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24cr465 CEH-LSG

ORTEZ KENTERRIO BARNEY

18 U.S.C. § 922(g)(1)
(Possession of Ammunition by a
Convicted Felon)

## INDICTMENT

OCT 29 2024 PM1:49
FILED - USDC - FLMD - TPA

The Grand Jury charges:

## COUNT ONE
### (Possession of Ammunition by a Convicted Felon)

On or about June 24, 2024, in the Middle District of Florida, the defendant,

ORTEZ KENTERRIO BARNEY,

knowing that he had previously been convicted in any court of a crime punishable by

imprisonment for a term exceeding one year, including the following offenses:

1.      Delinquent in possession of a firearm, on or about July 23, 2023

did knowingly possess, in and affecting interstate commerce, ammunition, that is, 3

rounds of Federal Cartridge 9mm luger ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1.      The allegations contained in Count One are incorporated by reference

for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)

and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.     The property to be forfeited includes, but is not limited to, the following: 3 rounds of Federal Cartridge 9mm shell casings.

4.     If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
David P. Sullivan
Assistant United States Attorney

By: _____
James C. Preston
Assistant United States Attorney
Chief, Violent Crimes and Racketeering Section

3

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### ORTEZ KENTERRIO BARNEY

### INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 29th day

of October, 2024.

_____
Clerk

**KARINA NIEVES**

Bail $_____